# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:25-mj-00245 |
| CHARLES PURCELL CASEY SR. | ) Assigned To: Judge Upadhyaya, Moxila A. |
| DOB: XX/XX/XXXX | ) Assign. Date: 10/13/2025 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
|  | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  10/11/2025  in the county of  Washington  in the District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm or Ammunition |

This criminal complaint is based on these facts:

See attached Statement of Facts.

☑ Continued on the attached sheet.

_Complainant's signature_

Matthew R. Brown, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/13/2025

_Judge's signature_

City and state:  Washington, DC    Moxila A. Upadhyaya, Magistrate Judge
*Printed name and title*